Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. James NICHOLSON.

No. 11046.

Circuit Court of Appeals, Eighth Circuit.

Nov. 2, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

Chase Morsey, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of the United States Board of Tax Appeals docketed and dismissed on motion of petitioner and consent of respondent.

---

Charles W. HUGGETT, Guardian of Henry E. Costello, Appellant, v. The UNITED STATES of America, Appellee.

No. 7340.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1937.

Wilkin, Huggett & Lightner, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS and SIMONS, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

The court being of the opinion that the evidence does not indisputably show that Henry E. Costello was totally and permanently disabled while the policy sued on

was in force, and it appearing that no question touching the admission and exclusion of evidence was properly preserved for review, it is therefore ordered and adjudged that the judgment be and is affirmed.

---

Edwin C. IPOCK, Trustee In Bankruptcy of the Estate of Albert H. Handley, Bankrupt, and Frank F. Fagan, Receiver of Wayne National Bank, Appellants, v. Albert H. HANDLEY, Bankrupt, Appellee.

No. 4238.

Circuit Court of Appeals, Fourth Circuit.

Nov. 11, 1937.

Ehringhaus, Royall, Gosney & Smith, of Raleigh, N. C., for appellants.

J. Faison Thomson, of Goldsboro, N. C., and Rivers D. Johnson, of Warsaw, N. C., for appellee.

PER CURIAM.

Order dismissing appeal in accordance with stipulation and agreement of the parties filed.

---

Edwin C. IPOCK, Trustee In Bankruptcy of the Estate of Albert H. Handley, Bankrupt, and Frank F. Fagan, Receiver of Wayne National Bank, Appellants, v. Albert H. HANDLEY, Bankrupt, Appellee.

No. 4244.

Circuit Court of Appeals, Fourth Circuit.

Nov. 11, 1937.

Ehringhaus, Royall, Gosney & Smith, of Raleigh, N. C., for appellants.

J. Faison Thomson, of Goldsboro, N. C., and Rivers D. Johnson, of Warsaw, N. C., for appellee.

PER CURIAM.

Order dismissing appeal in accordance with stipulation and agreement of the parties filed.